**Order entered August 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00586-CR

### JOSE ANTONIO CERVANTES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-76189-I**

## ORDER

Before the Court is appellant's August 16, 2018 motion to withdraw as appointed counsel on appeal. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Russ Henrichs as appointed counsel for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the order appointing new counsel.

/s/    LANA MYERS
       JUSTICE